IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TREMAYNE EDWARDS,

                Plaintiff,

  v.

BRADLEY GILARDI,

                Defendant.

ORDER

16-cv-317-jdp

---

Pro se plaintiff Tremayne Edwards, a prisoner at the Wisconsin Secure Program Facility, brings this lawsuit alleging that he was verbally sexually harassed during a urinalysis at which he was forced to disrobe. In a November 13, 2017, order, I dismissed against defendant Warden Tim Haines from the case but denied defendants' motion for summary judgment as to Edwards's claim against defendant Bradley Gilardi, one of the correctional officers who conducted the urinalysis.

Edwards followed by filing a motion for the court's assistance in recruiting counsel, but the motion and attached affidavit did not contain enough detail for me to decide whether recruitment of counsel was appropriate. I held a telephonic hearing on December 1 to discuss this motion. After hearing from Edwards, I concluded that he had properly contacted at least three lawyers who turned him down. But I also concluded that the case should not be too complex for Edwards to handle, so I denied the motion for recruitment of counsel. This order memorializes that decision.

I also noted that I had a scheduling conflict with the January 8 trial date. I suggested moving the trial to February 5 and asked counsel for Gilardi whether that date would work

within his schedule. He has informed the court that February 5 will work, so I will amend the schedule as follows:

- Rule 26(a)(3) disclosures, motions in limine, proposed voir dire questions, proposed jury instructions, and proposed verdict forms: January 5, 2018
- Objections: January 19, 2018
- Final Pretrial Conference: February 5, 2018 at 8:30 a.m.
- Trial: February 5, 2018 at 9:00 a.m.

I will follow this order with an order setting forth some trial preparation instructions for Edwards's benefit.

ORDER

IT IS ORDERED that:

1. Plaintiff Tremayne Edwards's motion for the court's assistance in recruiting counsel, Dkt. 47, is DENIED without prejudice.
2. The schedule is amended as set forth above.

Entered December 15, 2017.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge