IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREMAYNE EDWARDS,

    Plaintiff,

v.

TIM HAINES and BRADLEY GILARDI,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-317-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1)     in favor of defendant Bradley Gilardi in accordance with the jury's verdict; and

(2)     granting summary judgment in favor of defendant Tim Haines.

Approved as to form this 7TH day of February, 2018.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

2/8/18
Date